IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA MOODY                                                            PLAINTIFF

v.                              No. 3:16-cv-184-DPM

LINCOLN NATIONAL
LIFE INSURANCE COMPANY;
and WHITE RIVER HEALTH SYSTEM                           DEFENDANTS

ORDER

Unless Moody genuinely disputes the plan's supposed terms, № 6 at 4-5, or how Lincoln National actually administered the plan, then White River Health System is right—the employer isn't a proper party, and should be dismissed. *Layes v. Mead Corp.*, 132 F.3d 1246, 1249 (8th Cir. 1998). The Court will do so unless Moody shows some issue of material fact by 14 September 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2016