IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA MOODY                                                                PLAINTIFF

v.                            No. 3:16-cv-184-DPM

LINCOLN NATIONAL
LIFE INSURANCE COMPANY;
and WHITE RIVER HEALTH SYSTEM                                DEFENDANTS

ORDER

All claims against White River Health System are dismissed without prejudice. № 11; FED. R. CIV. P. 41(a)(1)(A)(i). Motion, № 5, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*7 September 2016*