IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA MOODY                                                                PLAINTIFF

v.                          No. 3:16-cv-184-DPM

LINCOLN NATIONAL LIFE
INSURANCE COMPANY and
WHITE RIVER HEALTH SYSTEM                                        DEFENDANTS

## JUDGMENT

Moody's claims against White River Health System are dismissed without prejudice. Moody's claims against Lincoln National Life Insurance Company are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 October 2016